# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

January 2, 2018

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy
        Debtor(s) Name:     Ranilo Alip and Glenda Alip
        Case No:            15-28097   JNP
        Hearing Date:       N/A

Dear Judge Poslusny:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on December 26, 2017 for the above-captioned matter.

Our records reflect this fee amount was not taken into consideration at the modified plan hearing held August 2, 2017. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $101.00 per month for eight (8) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:    Joseph J. Rogers, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
      Ranilo Alip and Glenda Alip   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978