| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | Order Filed on February 26,<br>2018 by Clerk U.S. Bankruptcy<br>Court District of New Jersey<br><br>CASE NO.: 15-28097-JNP |
| In Re:<br><br>~~RANILO ALIP and~~<br>GLENDA ALIP,<br><br>Debtors. | CHAPTER 13<br><br>HEARING DATE: February 27, 2018<br><br>JUDGE: Jerrold N. Poslusny Jr. |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Secured Creditor: Bayview Loan Servicing, LLC as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Joseph J. Rogers

Property Involved ("Collateral"): 1140 Tara Drive, Williamstown (Township of Monroe), NJ 08094

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - ■ The Debtors are overdue for 7 months, from 08/01/2017 to 02/01/2018.
   - ■ The Debtors are overdue for 2 payments at $2,556.74 per month.
   - ■ The Debtors are overdue for 5 payments at $2,542.36 per month.
   - ☐ The Debtor is assessed for _____ late charges at $ _____ per month.

   Funds Held In Suspense $447.16

   Total Arrearages Due $17,378.12

2. Debtors must cure all post-petition arrearages, as follows:

   - ■ Immediate payment shall be made in the amount of $4,600.00. Payment shall be made by 02/28/2018.
   - ■ Beginning on 03/01/2018, regular monthly mortgage payments shall continue to be made in the amount of $2,542.36.
   - ■ Beginning on 03/15/2018, monthly cure payments shall be made in the amount of $2,129.69 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ■ Regular monthly payment: Bayview Loan Servicing, LLC
     4425 Ponce De Leon Blvd. 5th Floor
     Coral Gables, Florida 33146

2

- ■ Immediate payment:	Bayview Loan Servicing, LLC
	4425 Ponce De Leon Blvd. 5th Floor
	Coral Gables, Florida 33146

- ■ Cure Payment:	Bayview Loan Servicing, LLC
	4425 Ponce De Leon Blvd. 5th Floor
	Coral Gables, Florida 33146

4.   In the event of Default:

■ If the Debtors fail to make the immediate payment specified above, any regular monthly payment or monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

- ■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

   The fees and costs are payable:

   - ■ Through the Chapter 13 plan.

   - ☒ To the Secured Creditor within _____ days.

- ☒ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Joseph J. Rogers, Esq.
*Attorney for Debtor(s)*
Date:

_____
Laura Egerman, Esq.
*Attorney for Secured Creditor*
Date: 02·15·2018

3