| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | Order Filed on February 26, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>CASE NO.: 15-28097-JNP |
| In Re:<br><br>~~RANILO ALIP and~~<br>GLENDA ALIP,<br><br>Debtors. | CHAPTER 13<br><br>HEARING DATE: February 27, 2018<br><br>JUDGE: Jerrold N. Poslusny Jr. |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Secured Creditor: Bayview Loan Servicing, LLC as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Joseph J. Rogers

Property Involved ("Collateral"): 1140 Tara Drive, Williamstown (Township of Monroe), NJ 08094

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtors are overdue for 7 months, from 08/01/2017 to 02/01/2018.
   - ■ The Debtors are overdue for 2 payments at $2,556.74 per month.
   - ■ The Debtors are overdue for 5 payments at $2,542.36 per month.
   - ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   Funds Held In Suspense $447.16
   Total Arrearages Due $17,378.12

2. Debtors must cure all post-petition arrearages, as follows:
   - ■ Immediate payment shall be made in the amount of $4,600.00. Payment shall be made by 02/28/2018.
   - ■ Beginning on 03/01/2018, regular monthly mortgage payments shall continue to be made in the amount of $2,542.36.
   - ■ Beginning on 03/15/2018, monthly cure payments shall be made in the amount of $2,129.69 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ■ Regular monthly payment: Bayview Loan Servicing, LLC
     4425 Ponce De Leon Blvd. 5th Floor
     Coral Gables, Florida 33146

2

■ Immediate payment:    Bayview Loan Servicing, LLC
                        4425 Ponce De Leon Blvd. 5th Floor
                        Coral Gables, Florida 33146

■ Cure Payment:         Bayview Loan Servicing, LLC
                        4425 Ponce De Leon Blvd. 5th Floor
                        Coral Gables, Florida 33146

4.   In the event of Default:

■ If the Debtors fail to make the immediate payment specified above, any regular monthly payment or monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

   The fees and costs are payable:

   ■ Through the Chapter 13 plan.

   ☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____          _____
Joseph J. Rogers, Esq.              Laura Egerman, Esq.
Attorney for Debtor(s)              Attorney for Secured Creditor
Date:                               Date: 02.15.2018

3

United States Bankruptcy Court
District of New Jersey

In re:  
Ranilo Alip  
Glenda Alip  
    Debtors

Case No. 15-28097-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db/jdb          +Ranilo Alip,   Glenda Alip,   1140 Tara Drive,   Williamstown, NJ 08094-3590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:

            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
             summarymail@standingtrustee.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            Joseph J. Rogers     on behalf of Joint Debtor Glenda  Alip jjresq@comcast.net,    jjresq1@comcast.net  
            Joseph J. Rogers     on behalf of Debtor Ranilo  Alip jjresq@comcast.net,    jjresq1@comcast.net  
            Laura M. Egerman     on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION  
             bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
            Patrick O. Lacsina     on behalf of Creditor     Seterus, Inc. as authorized Subservicer for Federal  
             National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,  
             bkyecf@rasflaw.com,legerman@rasnj.com  
            Patrick O. Lacsina     on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION  
             bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
            Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation  
             rsolarz@kmllawgroup.com  
                                                                                  TOTAL: 9