| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | **Order Filed on March 9, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Ranilo & Glenda Alip,<br><br>Debtors | Case No.: 15-28097<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____800.00_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____****_____ per month for _____****_____ months to allow for payment of the aforesaid fee.
[****The attorney fees were included in the modified plan figures.****]

*Revised 10/3/02*

Case 15-28097-JNP    Doc 74    Filed 05/10/18    Entered 03/11/18 20:14:25    Desc Imaged
Proposed Order    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:  
Ranilo Alip  
Glenda Alip  
    Debtors

Case No. 15-28097-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 09, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db/jdb       +Ranilo Alip,   Glenda Alip,   1140 Tara Drive,   Williamstown, NJ 08094-3590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                                                           Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Joseph J. Rogers   on behalf of Joint Debtor Glenda  Alip jjresq@comcast.net,   jjresq1@comcast.net  
          Joseph J. Rogers   on behalf of Debtor Ranilo  Alip jjresq@comcast.net,   jjresq1@comcast.net  
          Laura M. Egerman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION  
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
          Patrick O. Lacsina   on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal  
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,  
           bkyecf@rasflaw.com,legerman@rasnj.com  
          Patrick O. Lacsina   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION  
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
                                                                                                TOTAL: 9