**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ranilo Alip | Social Security number or ITIN   xxx–xx–1011 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Glenda Alip | Social Security number or ITIN   xxx–xx–3872 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–28097–JNP

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ranilo Alip                                       Glenda Alip

<u>1/15/19</u>                                       **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 15-28097-JNP
Ranilo Alip                                                     Chapter 13
Glenda Alip
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin               Page 1 of 2             Date Rcvd: Jan 15, 2019
                             Form ID: 3180W            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db/jdb         +Ranilo Alip,    Glenda Alip,    1140 Tara Drive,    Williamstown, NJ 08094-3590
cr             +Seterus, Inc. as authorized Subservicer for Federa,    Ras Citron, LLC,   130 Clinton Road,
                 Suite 202,    Fairfield, NJ 07004-2927
515758168     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE   19808)
515758169      +Bill Me Later,    PO Box 2394,    Omaha, NE 68103-2394
515758173      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
515758174      +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515941818      +Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
515758177       Hayt, Hayt & Landau,    2 Industrial Way West,    PO Box 500,    Eatontown, NJ   07724-0500
515901771      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515758180      +Phoenix Credit LLC,    53 Century Blvd Ste 200,    Nashville, TN 37214-3693
515758182      +Schachter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
515758183      +Selip & Stylianou LLLP,    Po Box 9004,    Woodbury, NY 11797-9004
515945809      +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
515945812      +Seterus, Inc.,    as the authorized subservicer of,    Federal National Mortgage Association,
                 PO Box 1047,    Hartford, CT 06143-1047
515913196      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 23:45:24     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 23:45:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516316729      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 15 2019 23:45:51
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,     Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
516316728      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 15 2019 23:45:51
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
515758170       EDI: CAPITALONE.COM Jan 16 2019 04:13:00      Cap One,   Po Box 85015,   Richmond, VA   23285
515850812      +E-mail/Text: bncmail@w-legal.com Jan 15 2019 23:45:32      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515758171      +EDI: CAPITALONE.COM Jan 16 2019 04:13:00      Cap1/Best Buy,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
515786869       EDI: CAPITALONE.COM Jan 16 2019 04:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515846132       EDI: BL-BECKET.COM Jan 16 2019 04:13:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515758172       E-mail/Text: bankruptcy@cavps.com Jan 15 2019 23:45:44      Cavalry Port,   7 Skyline Dr Ste 350,
                 Hawthorne, NY  10532-2162
515770979      +E-mail/Text: bankruptcy@cavps.com Jan 15 2019 23:45:44      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515758175      +EDI: TSYS2.COM Jan 16 2019 04:13:00      Dsnb Macys,   Po Box 17759,   Clearwater, FL 33762-0759
515814212      +E-mail/Text: bankruptcy@fedpacific.com Jan 15 2019 23:46:02      Federal Pacific Credit Co.,
                 PO Box 27198,    Salt Lake City, UT 84127-0198
515758176       EDI: RMSC.COM Jan 16 2019 04:13:00      GE Capital Retail Bank,   PO Box 965004,
                 Orlando, FL  32896-5004
515758178      +EDI: CBSKOHLS.COM Jan 16 2019 04:13:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515758179       EDI: AGFINANCE.COM Jan 16 2019 04:13:00      Onemain Fi,   6801 Colwell Blvd,
                 Irving, TX 75039-3198
515846282       EDI: PRA.COM Jan 16 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
515835825       EDI: PRA.COM Jan 16 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
                 POB 41067,    Norfolk VA 23541
515835805       EDI: PRA.COM Jan 16 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
515758185      +EDI: RMSC.COM Jan 16 2019 04:13:00      Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
515758186      +EDI: RMSC.COM Jan 16 2019 04:13:00      Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
515758187      +EDI: RMSC.COM Jan 16 2019 04:13:00      Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
515758188      +EDI: RMSC.COM Jan 16 2019 04:13:00      Syncb/sams Club,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
515758189       EDI: RMSC.COM Jan 16 2019 04:13:00      Syncb/walmart,   Po Box 965024,   El Paso, TX   79998
515758190      +EDI: RMSC.COM Jan 16 2019 04:13:00      Synchrony Bank,   Po Box 965064,
                 Orlando, FL 32896-5064
515758192       EDI: TFSR.COM Jan 16 2019 04:13:00      Toyota Motor Credit,   19001 S Western Ave,
                 Torrance, CA  90501
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jan 15, 2019
                              Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515758191       +EDI: CITICORP.COM Jan 16 2019 04:13:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                                 TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515758181     ##+Preferred Credit Inc,    3051 2nd St S Ste 200,    Saint Cloud, MN 56301-3202
515758184     ##+Seterus,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                           TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Glenda  Alip jjresq@comcast.net, jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Ranilo  Alip jjresq@comcast.net, jjresq1@comcast.net
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
               PATRICK.LACSINA@GMAIL.COM
              Patrick O. Lacsina    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION smncina@rascrane.com
                                                                                                 TOTAL: 10
```